BOARD OF TRUSTEES OF the ASSESSORS' RETIREMENT FUND.

No. 49022.

Feb. 2, 1968.

Writ refused. According to the law applicable to this case the result reached is correct.

206 So.2d 91

C. I. T. CORPORATION

v.

J. B. LEE TRACTOR & IMPLEMENT COMPANY, Inc., et al., Commercial Credit Equipment Corporation.

No. 49023.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, the result is correct.